JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6758
   FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: CR-08-0342-SI |
| v. | ) | |
| | ) | NOTICE OF RELATED CASES |
| ERICK DAVID LOPEZ, | ) | IN A CRIMINAL ACTION |
| Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | No: CR-08-0531-JSW |
| v. | ) | |
| JONATHAN CRUZ-RAMIREZ | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA | ) | No: CR-08-0565-WHA |
| v. | ) | |
| WALTER PALMA, | ) | |
| Defendant. | ) | |

UNITED STATES OF AMERICA )        No: CR-08-0730-WHA
                         )
        v.               )
                         )
IVAN CERNA, et al. _____ )
                         )
        Defendants.      )
_____)

The United States now gives notice to the Clerk of the Court pursuant to Criminal Local Rule 8-1 that United States v. Jonathan Cruz-Ramirez, CR-08-0531-JSW, United States v. Walter Palma, CR-08-0565-WHA, and United States v. Ivan Cerna, et al., CR-08-0730-WHA, are related to United States v. Erick David Lopez, CR-08-0342-SI.

Under Rule 8-1, a criminal action is related to another pending criminal action when: (1) both actions concern one or more of the same defendants and the same alleged events or occurrences, or (2) both actions appear likely to entail substantial duplication of labor if heard by different judges, or might create conflicts or unnecessary expenses if conducted before different judges. N.D. Cal. Crim. Local R. 8-1(b). The cases referenced above meet both of these criteria.

Erick David Lopez is charged in CR-08-0342-SI with being an alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5), and with illegal re-entry, in violation of 8 U.S.C. § 1326. On October 31, 2008, the Court denied a motion to suppress filed by Lopez, and his case remains pending. Lopez is also charged in United States v. Ivan Cerna, et al., CR-08-0730-WHA, with racketeering conspiracy, in violation of 18 U.S.C. § 1962(d), conspiracy to commit murder in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(5), conspiracy to commit assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(6), and using or possessing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c). Assigning Lopez's cases to a single judge will avoid the significant duplication of labor that would occur if the matters were litigated before different judges because both cases involve the same defendant and overlapping evidence, including the gun that was recovered from the defendant on or about March 30, 2008 and which was the subject of the recently decided suppression motion.

1   Jonathan Cruz-Ramirez is charged in CR-08-0531-JSW with being an alien in possession

2   of a firearm, in violation of 18 U.S.C. § 922(g)(5), and with illegal re-entry, in violation of 8

3   U.S.C. § 1326.  There is presently a discovery motion pending in this case.  Cruz-Ramirez is also

4   charged in United States v. Ivan Cerna, et al., CR-08-0730-WHA, with racketeering conspiracy,

5   in violation of 18 U.S.C. § 1962(d), conspiracy to commit murder in aid of racketeering, in

6   violation of 18 U.S.C. § 1959(a)(5), conspiracy to commit assault with a dangerous weapon in

7   aid of racketeering, in violation of 18 U.S.C. § 1959(a)(6), and using or possessing a firearm in

8   furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c).  Assigning Cruz-Ramirez's

9   cases to a single judge will avoid the significant duplication of labor that would occur if the

10  matters were litigated before different judges because both cases involve the same defendant and

11  overlapping evidence, including a gun that was recovered from Cruz-Ramirez's home on or

12  about July 25, 2008.

13  Walter Palma is charged in CR-08-0565-WHA with being an alien in possession of a

14  firearm, in violation of 18 U.S.C. § 922(g)(5).  There is presently a motion to suppress pending

15  before the Court, which is scheduled for a hearing on November 25, 2008.  Palma is also charged

16  in United States v. Ivan Cerna, et al., CR-08-0730-WHA, with racketeering conspiracy, in

17  violation of 18 U.S.C. § 1962(d), conspiracy to commit murder in aid of racketeering, in

18  violation of 18 U.S.C. § 1959(a)(5), conspiracy to commit assault with a dangerous weapon in

19  aid of racketeering, in violation of 18 U.S.C. § 1959(a)(6), assault with a dangerous weapon in

20  aid of racketeering, in violation of 18 U.S.C. § 1959(a)(3), attempted murder in aid of

21  racketeering, in violation of 18 U.S.C. § 1959(a)(5), and using or possessing a firearm in

22  furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c).  Assigning Palma's cases

23  to a single judge will avoid the significant duplication of labor that would occur if the matters

24  were litigated before different judges because both cases involve the same defendant and

25  overlapping evidence, including statements made by Palma and two guns that were recovered

26  from Palma's home on or about August 11, 2008.

27  For the reasons stated above, the United States believes that assignment of United States

28  v. Erick David Lopez, CR-08-0342-SI, United States v. Jonathan Cruz-Ramirez, CR-08-0531-

3

JSW, <u>United States</u> v. <u>Walter Palma</u>, CR-08-0565-WHA, and <u>United States</u> v. <u>Ivan Cerna, et al.</u>, CR-08-0730-WHA, to a single judge will conserve judicial resources and promote an efficient determination of the actions. <u>See</u> N.D. Cal. Crim. Local R. 8-1 (c)(4).

DATED: November 5, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


  /s/
W.S. Wilson Leung
Assistant United States Attorney