JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    Email: wilson.leung@usdoj.gov

LAURA J. GWINN (MDSB)
Trial Attorney, United States Department of Justice

    950 Pennsylvania Ave NW #7649
    Washington, DC 20530
    Telephone:  (202) 353-9178
    Facsimile:  (202) 307-3944
    Email:  laura.gwinn@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 08-730 WHA |
| Plaintiff, | ) | **Line Entering Appearance of Government Attorney** |
| v. | ) | |
| IVAN CERNA, et al, a/k/a "Tigre," | ) | |
| Defendant. | ) | |

    Please enter the appearance of Laura J. Gwinn, Department of Justice Trial Attorney, on behalf of the United States Government.

                                                            _____

                                                            Laura J. Gwinn

*U.S. v. Cerna, et al.*, CR 08 0730 WHA
Line Entering Appearance