UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 9, 2008

Case No.:  CR 08-0730 WHA

Title:  UNITED STATES -v-

| | |
|---|---|
| Ivan Cerna (custody) | Atty: Christopher Cannon |
| Marvin Carcamo (custody) (Spanish Int.) | Atty: Ellen Leonida |
| Angel Noel Guevara (custody) (Spanish Int.) | Atty: Harris Tayback |
| Morris Flores (custody) | Atty: Martin Sabelli for Rosenbush |
| Guillermo Herrera (custody) (Spanish Int.) | Atty: Martin Sabelli |
| Jonathan Cruz-Ramirez (custody) (Spanish Int.) | Atty: Susan Raffanti |
| Walter Cruz-Zavala (custody) (Spanish Int) | Atty: Martin Sabelli for Pollack |
| Walter Palma (custody) | Atty: Tony Brass |
| Daniel Portillo (custody) (Spanish Int) | Atty: Harry Singer for Glenn |
| Erick Lopez (custody) (Spanish Int.) | Atty: Peter Goodman |
| Walter Chinchilla-Linar (custody) (Spanish Int) | Atty: Martin Sabelli for Moorman |
| Cesar Alvarado (custody) (Spanish Int.) | Atty: Mark Goldrosen |
| Jose Alvarado (custody) (Spanish Int.) | Atty: John Jordan |
| Douglas Largaespada (custody) | Atty: Erik Babcock |
| Melvin Maldonado (custody) (Spanish Int.) | Atty: Brian Berson |
| Rodrigo Molina (custody) (Spanish Int) | Atty: Chris Cannon for Loveseth |
| Mauricio Urias (custody) | Atty: Harry Singer |
| Judith Sosa (present) | Atty: Ethan Balogh |
| John Lacsaman Briez (custody) | Atty: John Runfola |
| Jose Antunez (custody) (Spanish Int.) | Atty: Mike Hinckley for Stiglich |
| Aristides Carcamo (custody) (Spanish Int) | Atty: Shana Keating |
| Rafael Montoya (custody) (Spanish Int) | Atty: Ed Swanson |
| Rene Montes-Mayorga (custody) (Spanish Int) | Atty: George Boisseau |
| Rodil Nochez (Spanish Int.) | Atty: Seth Chazin |
| Marlon Lumang (custody) | Atty: Linda Fullerton |

Appearances for the Government:  Wilson Leung and Laura Gwinn

Spanish Interpreter:  Melinda Basker and Nina Safdie (sworn-in)

Deputy Clerk:  Dawn Toland          Court Reporter:   Kathy Sullivan

**PROCEEDINGS**

1)     Trial Setting - HELD

2) _____

Case continued to **2/9/09 at 7:30 am** for Jury Trial (Montoya and Carcamo only)

Case continued to **2/10/09 at 2:00 pm** for Status

Time Excluded:   **Begins:**   12/9/08          **Ends:**   2/10/09

**ORDERED AFTER HEARING:**

All defendants given a modified version of an arraignment on the Superseding Indictment. The Superseding Indictment adds new counts as to defendants Aristides Carcamo and Rafael Montoya, who have both been previous arraigned in addition to John Briez and Rene Montes-Mayorga.  Court entered Not guilty pleas as to all defendants.  Government agrees to turn over half of the discovery by 12/23/08 and the remaining half by 1/8/09.

Defendants Aristides Carcamo and Rafael Montoya want a speedy trial; jury trial set for **2/9/09 at 7:30am**.

Defendants Judith Sosa, Aristides Carcamo and Rafael Montoya shall appear on **1/27/09 at 2:00pm** for motion hearing; motions shall be filed by 1/13/09. Defendants do not want to waive time.

Defendants Rodil Nochez and Rene Montes-Mayorga shall appear on **1/27/09 at 2:00pm** to set a schedule for filing motions.  Defendants stipulate to excluding time until 1/27/09.

Court excluded time to 2/10/09 for effective preparation as to all defendants (there is one speedy trial clock.)