SUSAN RAFFANTI
483 Ninth Street, Suite 200
Oakland, CA 94606
SBN 120993
Tel.: 510/451-2825
Fax: 510/839-1622
sraffanti@gmail.com

Attorney for
JONATHAN CRUZ-RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IVAN CERNA, et al., <br><br> Defendants. | No. CR-08-0730 WHA <br><br> NOTICE OF JOINDER AND JOINDER IN MOTION FOR ISSUANCE OF SUBPOENAS TO PRODUCE POLICE PERSONNEL AND COMPLAINT RECORDS AND APPOINT MAGISTRATE/JUDGE OR SPECIAL MASTER TO REVIEW SUBPOENED RECORDS <br> DATE:    June 24, 2009 <br> TIME:    1:00 p.m. <br> COURT:   9 |

TO: THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ASSISTANT UNITED STATES ATTORNEY WAI SHUN WILSON LEUNG:

PLEASE TAKE NOTICE that defendants Jonathan Cruz-Ramirez, Marvin Carcamo, Moris Flores, Guillermo Herrera, Walter Cruz-Zavala, Walter Palma, Daniel Portillo, Walter Chinchilla-Linar, Cesar Alvarado, Douglas Largaespada, Jose Qinteros, Melvin Maldonado, Rodrigo Molina, Mauricio Urias, John Lacsamana Briez, Aristides Carcamo, Rafael Montoya, Rene Montes-Mayorga, Rodil Nochez, Daniel Gonzalez and Marlon Lumang hereby join in the Motion for Issuance of Subpoenas to Produce Police Personnel and Complaint Records and Appoint Magistrate/Judge or Special Master to Review Subpoened Records filed on behalf of defendants LOPEZ, CERNA, GUEVARA,

JOINDER IN MOTION FOR SUBPOENAS
U.S. v. Cerna, et al.; CR 08-0730 WHA        -1-

1  MONTOYA and CASTILLO and scheduled to be heard by this Court on June 24, 2009.

2  DATED: May 18, 2009

                                    /s/
                            SUSAN RAFFANTI
                            Attorney for Defendant
                            JONATHAN CRUZ-RAMIREZ