IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART PERMISSION TO FILE OVERSIZED BRIEF** |
| JONATHAN CRUZ-RAMIREZ, *et al.* | |
| Defendants. | |

In this RICO gang prosecution, defendant Jonathan Cruz-Ramirez is one of six defendants who are eligible for the death penalty. Defendant Cruz-Ramirez moves for permission to exceed by 12 pages the 25-page limit for his brief in support of a motion to find the Federal Death Penalty Act unconstitutional and strike the FDPA allegations from the operative indictment. The motion is **GRANTED IN PART**. Defendant may file a brief of up to 35 pages in support of his motion and the government may file a brief of up to 35 pages in opposition.

**IT IS SO ORDERED.**

Dated: January 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE