RICHARD E. WINNIE [68048]
County Counsel
By: RAYMOND S. LARA [213181]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

Attorneys for the Alameda County
Sheriff's Office

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>IVAN CERNA, et al.<br>(JONATHAN CRUZ-RAMIREZ)<br>                  Defendants. | Case No.: CR 08-0730 WHA<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. William H. Alsup |

On February 25, 2010, this Court ordered the Alameda County Sheriff's Office (ACSO) to produce certain documents sought by defendant JONATHAN CRUZ-RAMIREZ pursuant to an agreed-upon protective order governing the dissemination and use of those materials. In its written Order, the Court further indicated that because of the sensitive nature of the material being sought, the Court would review *in camera* records that ACSO contends are too sensitive to reveal. ACSO contends that all such documents are too sensitive and therefore must be subject to the in chambers review.

Therefore, the parties have met and conferred and hereby stipulate and agree to issuance of the following Protective Order:

1. The Documents disclosed by the Court, if any, following the in chambers review pursuant to the JONATHAN CRUZ-RAMIREZ subpoena [hereinafter "Documents"], are being disclosed solely for the purpose of their use in the defense of this action by counsel of record for the defendant JONATHAN CRUZ-RAMIREZ.

2. The Documents designated as "Highly Confidential – Attorney's Eyes Only" ("Highly Confidential Documents") shall not be disclosed to any person except:

    a. Counsel of record for the defendant JONATHAN CRUZ-RAMIREZ;

    b. Experts, investigators or paralegals of such counsel who are assisting counsel in the preparation of the defense in this action; and

    c. The Court.

3. Unless testifying in court, any person receiving Highly Confidential Documents shall not reveal or discuss the content of said Documents with any person not entitled to receive Highly Confidential Documents pursuant to Paragraph 2 above.

4. If counsel seeks to file any papers with the Court that append any of the Highly Confidential Documents or make reference to the matters derived therefrom, counsel shall request permission from the Court to file such papers under seal.

5. Within thirty (30) days after the conclusion of this action, all Highly Confidential Documents and copies thereof shall be returned to the Alameda County Sheriff's Office.

///

6. ACSO actions taken in compliance with this Order shall not operate as an admission that any particular document is admissible in evidence at the trial of this action. Production by the ACSO does not constitute a waiver of any privilege or evidentiary objection with respect to the admissibility of said Documents.

SO STIPULATED.

DATED: March 3, 2010

Raymond S. Lara
Attorney for the Alameda County Sheriff's Office

DATED: 3 March 2, 2010

Susan Raffanti, Esq.
Attorney for Defendant Jonathan Cruz-Ramirez

IT IS SO ORDERED.

DATED: March 4, 2010

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA