IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN CERNA, et al.,

Defendants.

No. CR 08-0730 WHA

**ORDER RE DEFENDANT CRUZ-RAMIREZ'S MOTION FOR RECONSIDERATION**

Defendant Cruz-Ramirez is charged in this action with two killings. Each killing is charged against him both as a murder in aid of racketeering in violation of 18 U.S.C. 1959(a) (in Counts 10 and 13), and as a murder through use of a firearm in violation of 18 U.S.C. 924(j) (in Counts 11 and 14). He is eligible for the death penalty for all four of these counts.

During the hearing on March 15, 2010, defendant Cruz-Ramirez argued that it was improper for the government to reiterate the same factors in aggravation for all four counts because this effectively "multiplied" the number of aggravating factors by counting each one twice for each killing. In response, the government stated that if it chose to seek the death penalty, it would only ask the jury to consider each statutory aggravating factor once per killing so as to minimize any potential distortion of the final weighing process. The Court agreed that if a notice of intent to seek the death penalty is eventually filed as to any defendant, it is only proper to count each statutory aggravating factor once per killing.

Defendant Cruz-Ramirez has filed a motion for leave to file a motion for reconsideration of the order denying his motion to strike the aggravating factors, asking that the government's

statement that it would not ask the jury to consider any aggravating factor more than once per killing be reflected in a supplemental order. His motion is **GRANTED** to the foregoing extent. No further briefing is necessary.

**IT IS SO ORDERED.**

Dated: April 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE