SUSAN RAFFANTI
483 Ninth Street, Suite 200
Oakland, CA 94606
SBN 120993
Tel.: 510/451-2825
Fax: 510/839-1622
sraffanti@gmail.com

JOHN T. PHILIPSBORN, ESQ. - SBN 83944
Law Offices of John T. Philipsborn
507 Polk Street, Suite 350
San Francisco, California 94102
(415) 771-3801
jphilipsbo@aol.com

Attorneys for
JONATHAN CRUZ-RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 08-0730 WHA |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING COUNSEL TO TAKE PHOTOGRAPHS OF JONATHAN CRUZ RAMIREZ IN GLENN DYER JAIL |
| v. | |
| JONATHAN CRUZ-RAMIREZ et al., | |
| Defendants. | |

Based upon the ex parte application of defendant JONATHAN CRUZ RAMIREZ, and GOOD CAUSE APPEARING therefore, it is hereby ordered that counsel for Mr. Cruz Ramirez be allowed to take a camera into Glenn Dyer Detention Facility where Mr. Cruz Ramirez is housed, and to take photographs of injuries he recently sustained.

Dated: May 26, 2010.

WILLIAM ALSUP
U.S.D.

IT IS SO ORDERED
Judge William Alsup

1