1  SUSAN M. RAFFANTI, ESQ. - SBN 120993
   Law Offices
2  483 9th Street, Suite 200
   Oakland, CA 94607
3  (510) 451-2825
   sraffanti@gmail.com
4
   JOHN T. PHILIPSBORN, ESQ. - SBN 83944
5  Law Offices of John T. Philipsborn
   507 Polk Street, Suite 350
6  San Francisco, California 94102
   (415) 771-3801
7  jphilipsbo@aol.com

8
   Attorneys for Defendant JONATHAN CRUZ-RAMIREZ
9

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   **Case No. 08-0730 WHA**
                                       )
14       Plaintiff,                    )   **STATUS REPORT ON DEFENSE**
                                       )   **UNDERSTANDING OF**
15  vs.                                )   **GOVERNMENT'S POSITION**
                                       )   **CONCERNING EXPERT**
16  IVAN CERNA, et al, JONATHAN        )   **TESTIMONY ON DRUG**
    CRUZ-RAMIREZ,                      )   **ANALYSIS, IDENTIFICATION**
17                                     )   **AND WEIGHT TESTIMONY**
         Defendants.                   )
18  _____   )   **Dept: The Hon. William Alsup,**
                                           **District Judge**
19

20

21  I.    **INTRODUCTION**

22        On June 4, 2010, counsel for Mr. Alvarado (Mark Goldrosen), and undersigned

23  counsel for Jonathan Cruz-Ramirez, filed a pleading entitled 'Defendants' Status Report:

24  Meeting with Government re Disclosure of Foundation, Bases, and Reasons for Expert

25  Opinions' (Doc. 1813). The Status Report was filed in compliance with the Court's Order.

26        In further reviewing the Status Report, undersigned counsel realized that he had

27  neglected to report on one important factor that bears on the potential motions to exclude

28  expert evidence that are scheduled to be filed in this case, or that may need to be filed after

1 suitable disclosures are made (the reference here is to motions brought under Federal Rule

2 of Evidence 702 and/or *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999) and/or

3 *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993)).

4 II.    **THE GOVERNMENT HAS INFORMED THE DEFENSE THAT IT DOES NOT INTEND TO CALL EXPERTS TO TESTIFY ABOUT DRUG TESTING, DRUG IDENTIFICATION, OR DRUG WEIGHTS.**

5

6        One significant issue not covered in the above-described Defendants' Status Report

7 (Doc. 1813) was the representation by Assistant U.S. Attorney Wilson Leung, made in the

8 company of Assistant U.S. Attorney Will Frentzen, that the Government will not seek to

9 introduce expert testimony concerning any laboratory testing of suspected drugs, or expert

10 testimony that purports to identify illegal drugs as a result of testing or other laboratory

11 work, or expert testimony to establish drug weights - all issues that had been addressed in

12 the Cruz-Ramirez motion for discovery.

13        While not purporting to address the following issue for any other defendant,

14 undersigned counsel for Jonathan Cruz-Ramirez will rely on the Government's

15 representation and at this point, on that basis, will not bring motions to exclude

16 Government expert evidence about drug analysis, identification or drug weights.  As the

17 undersigned understood the statement made by Assistant U.S. Attorney Wilson Leung, the

18 Government may seek to have lay witnesses discuss drug-related matters, but there will be

19 no expert testimony offered.

20        If the above-stated understanding is incorrect, the defense respectfully requests to

21 be so informed.

22 Dated: June 4, 2010

23                                        Respectfully submitted,

24                                        SUSAN M. RAFFANTI
                                          JOHN T. PHILIPSBORN

25

26

27                                        by /s/ John T. Philipsborn
                                              JOHN T. PHILIPSBORN
                                              Co-Counsel for Defendant
28                                            JONATHAN CRUZ-RAMIREZ

1

2

3

4

**<u>PROOF OF SERVICE</u>**

5      I, Steven Gray, declare:
       That I am over the age of 18, employed in the County of San Francisco, California, and not
6  a party to the within action; my business address is Suite 350, 507 Polk Street, San Francisco,
   California 94102.
7      On today's date, I served the within document entitled:

8  **STATUS REPORT ON GOVERNMENT'S POSITION CONCERNING
   DRUG IDENTIFICATION AND WEIGHT TESTIMONY**
9

   ( )   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully
10       prepaid, in the United States Mail at San Francisco, CA, addressed as set forth below;
   (X )  By electronically transmitting a true copy thereof;
11 ( )   By having a messenger personally deliver a true copy thereof to the person and/or office of
         the person at the address set forth below.

12
   Wilson Leung                                    brenco4@aol.com
13 Christine Wong
   Assistant U.S. Attorneys                        Ethan A. Balogh, Esq.
14                                                  eab@colemanbalogh.com
   Christopher J. Cannon, Esq.
15 powpowpg@aol.com                                 John M. Runfola, Esq.
                                                    jrunfola@earthlink.net
16 Ellen Valentik Leonida, Esq.
   leonida@badamileonida.com                        Lidia Stiglich, Esq.
17                                                  stiglich@stiglichhinckley.com
   Harris Bruce Taback, Esq.
18 htaback@earthlink.net                            Shana Keating, Esq.
                                                    shana_keating@hotmail.com
19 Mark Rosenbush, Esq.
   markrosenbush@mindspring.com                     Edward W. Swanson, Esq.
20                                                  eswanson@swansonmcnamara.com
   Martin Antonio Sabelli, Esq.
21 msabelli@comcast.net                             George Claude Boisseau, Esq.
                                                    boisseaugc@msn.com
22 Randy Sue Pollock, Esq.
   pollockesq@aol.com                               Seth P. Chazin, Esq.
23                                                  crimatty@earthlink.net
   Anthony John Brass, Esq.
24 tony@brasslawoffice.com                          Nina Wilder, Esq.
                                                    ninawilder@aol.com
25 Jeffrey M. Glenn, Esq.
   sflawyers@earthlink.net                          Linda Ann Fullerton, Esq.
26                                                  lindafullertonlaw@sbcglobal.net
   Peter Goodman, Esq.
27 petergoodman@earthlink.net                       James Phillip Vaughns, Esq.
                                                    vaughnslaw@aol.com
28 Brendan Conroy, Esq.

1   Ann Carole Moorman, Esq.
    ann@acmoormanlaw.com

2
    Mark S. Goldrosen, Esq.
3   markgoldro@aol.com

4   Suzanne Adele Luban, Esq.
    lubanlaw@sbcglobal.net

5
    John J. Jordan, Esq.
6   jjordanesq@aol.com

                                        Erin Crane, Esq.
7                                       erincrane@sbcglobal.net

8   Erik G. Babcock, Esq.
    erik@babcocklawoffice.com

9
    Frank Bell, Esq.
10  frankbell@frankbelllaw.com

11  Brian P. Berson, Esq.
    brianberson@yahoo.com

12
    Geri Lynn Green, Esq.
13  gerigreen@earthlink.net

14

15

16          I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

17
            Executed this 4th day of June, 2010, at San Francisco, California.

18
                            Signed:        /s/ Steven Gray
19                                          Steven Gray

20

21

22

23

24

25

26

27

28

Status Report on Defense Understanding of Government's Position Concerning Expert Testimony on Drug Analysis
Identification and Weight Testimony                                                                        4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Status Report on Defense Understanding of Government's Position Concerning Expert Testimony on Drug Analysis
Identification and Weight Testimony                                                                                                     5