IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVAN CERNA, *et al.*,<br><br>    Defendants.<br>                               / | No. CR 08-0730 WHA<br><br>**ORDER SETTING SUPPRESSION MOTION DEADLINE FOR DEATH-ELIGIBLE DEFENDANTS FOR WHOM A DEATH PENALTY NOTICE HAS NOT BEEN MADE** |

On July 20, 2010, death-eligible defendants filed a request for clarification of the filing deadline for death-penalty defendants. As specified in the July 15 second revised scheduling order (Dkt. No. 1921), the deadline for suppression motions by defendants for whom a death-penalty notice has been made is **APRIL 25, 2011**. The government, however, has not issued death-penalty notices for any death-eligible defendants and is not required to do so until September 15, 2010.

Accordingly, if no death-penalty notice for a death-eligible defendant is filed by the September 15 deadline, that defendant shall have until **OCTOBER 12, 2010**, to bring any suppression motions. Oppositions to any such suppression motions are due by **NOVEMBER 2, 2010**, and any replies are due by **NOVEMBER 9, 2010**. A hearing for these suppression motions will be held on **DECEMBER 1, 2010**, at **1:30 P.M.** Any live testimony needed will be heard at a later date to be set.

Any suppression motion based solely on information learned after the October 12 deadline may be brought thereafter, so long as it is filed with prompt diligence.

**IT IS SO ORDERED.**

Dated: July 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE