IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN CERNA, *et al.*,

Defendants.

No. CR 08-0730 WHA

**ORDER DENYING AS MOOT THE GOVERNMENT'S MOTION TO RELIEVE LEARNED COUNSEL**

The government moves to relieve learned counsel for defendants Erick Lopez, Jonathan Cruz Ramirez, Guillermo Herrera, Walter Chinchilla-Linar, Cesar Alvarado, and Luis Herrera, as the government has filed notice that it will not seek the death penalty against them (Dkt. No. 2338). The government's motion is **DENIED** as moot and the October 19 hearing noticed by the government is **VACATED**. The undersigned has already been dealing with the matter via CJA orders. Learned counsel is being phased out and the continued role of learned counsel, if any, is being tailored to the specific needs of each defendant.

**IT IS SO ORDERED.**

Dated: October 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE