IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> IVAN CERNA, et al, JONATHAN CRUZ-RAMIREZ, <br> Defendants. | Case No. 08-0730 WHA <br><br> **ORDER CONCERNING COUNSEL FOR DEFENDANT JONATHAN CRUZ-RAMIREZ** <br><br> **Dept: The Hon. William Alsup, District Judge** |

Notwithstanding the application of his counsel, originally appointed Lead Counsel Susan Raffanti and subsequently appointed Learned Counsel John Philipsborn, due to the Attorney General's decision not to pursue the death penalty in this matter, the Court has determined that Mr. Cruz-Ramirez will be entitled to only one lawyer at trial. For reasons set forth in the Court's confidential CJA file, attorney Susan Raffanti will no longer serve as Mr. Cruz-Ramirez' principal counsel This Court denies the application of Mr. Cruz-Ramirez' counsel for the appointment of new counsel. Notwithstanding other requests, including the request for the appointment of new counsel to replace him, Attorney John Philipsborn is now designated Mr. Cruz-Ramirez' Lead Counsel, and counsel for trial.

The Court has been informed of Mr. Philipsborn's participation as Learned Counsel in *U.S. v. Williams*, CR-06-00079 DAE in the District of Hawaii. Part of the Court's

decision to maintain the appointment of Mr. Philipsborn was based on its review of the docket in the *Williams* case, which includes an Order continuing the trial of that matter into September, 2011. This Court is confident that its schedule will permit Mr. Philipsborn to attend to matters in the District of Hawaii while remaining as trial counsel in this matter. Where possible, this Court will permit attorney Philipsborn to attend proceedings in the District of Hawaii, but he will otherwise be required to attend the trial of Mr. Cruz-Ramirez' case, and this Court contemplates that this Order may be tendered to the District Court in Hawaii to inform it of this Court's Orders on counsel issues in the above-captioned case.

SO ORDERED.

Dated: October 18, 2010.

_____
THE HONORABLE WILLIAM ALSUP
DISTRICT JUDGE