IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CRUZ-RAMIREZ, *et al.*,<br><br>Defendants.<br>　　　　　　　　　　　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT CRUZ-RAMIREZ'S MOTION FOR ORDER FOR COMPLIANCE WITH FRCrP 12(b)(4)(B)** |

Defendant Jonathan Cruz Ramirez moves for an order for compliance with FRCrP 12(b)(4)(B) (Dkt. No. 2398). The government is to respond to the motion by **THURSDAY, NOVEMBER 4** at **NOON**. Any reply by defendant Cruz-Ramirez is due by **TUESDAY, NOVEMBER 9** at **NOON.** Thereafter, the undersigned will determine whether a hearing on the motion is necessary.

**IT IS SO ORDERED.**

Dated: October 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE