IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN CRUZ-RAMIREZ, *et al.*,

Defendants.

No. CR 08-0730 WHA

**ORDER RE UNAVAILABILITY OF COUNSEL FOR DEFENDANT JONATHAN CRUZ-RAMIREZ AT JANUARY 10 HEARING**

On November 4, the following dates were set: (1) a December 21 hearing date for any as-applied challenges to the government's firearms and fingerprint experts; and (2) a January 10 hearing date for any motions to sever not based on the face of the indictment (Dkt. No. 2513). These hearing dates took into account a notice of unavailability filed by counsel for defendant Jonathan Cruz-Ramirez, Attorney John Philipsborn (Dkt. No. 2344). On November 30, Attorney Philipsborn filed notice that he would be unavailable for the December 21 hearing due to extenuating circumstances (Dkt. No. 2707). To accommodate Attorney Philipsborn's unavailability, the December 21 hearing date was continued to January 10, to be held in conjunction with the hearing on motions to sever (Dkt. No. 2727).

Attorney Philipsborn has now filed yet another notice of unavailability for the January 10 hearing (Dkt. No. 2737). Extra care has already been taken to accommodate Attorney Philipsborn's schedule but the January 10 hearing date cannot now be changed without causing undue disruption. The hearing necessitates the attendance of all seventeen remaining defendants

and has been on calendar for over a month. Additionally, telephonic appearance by counsel for extended argument is impracticable.

If Attorney Philipsborn cannot modify his travel schedule, Attorney Susan Raffanti, co-counsel for the same client, must be prepared to handle oral argument on any motion by defendant Cruz-Ramirez noticed for the January 10 hearing.

**IT IS SO ORDERED.**

Dated: December 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE