SUSAN M. RAFFANTI, ESQ. - SBN 120993
Law Offices
483 9th Street, Suite 200
Oakland, CA 94607
(510) 451-2825
sraffanti@gmail.com

JOHN T. PHILIPSBORN, ESQ. - SBN 83944
Law Offices of John T. Philipsborn
507 Polk Street, Suite 350
San Francisco, California 94102
(415) 771-3801
jphilipsbo@aol.com

Attorneys for Defendant JONATHAN CRUZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JONATHAN CRUZ, et al., <br> Defendants. | **Case No. CR-08-00730 WHA** <br><br> **ORDER TO SEAL DECLARATION IN SUPPORT OF JONATHAN CRUZ-RAMIREZ'S INITIAL MOTION TO SEVER FROM CO-DEFENDANTS (FRCP 14(a)); MOTION FOR GOVERNMENT TO PRODUCE ALL CO-DEFENDANT STATEMENTS TO COURT PER FRCP 14 (b); MOTION TO PERMIT THIS MOTION TO BE RENEWED AFTER DISCLOSURE OF TRIAL DISCOVERY AND GROUNDS FOR SEVERANCE AND SUPPORTING EXHIBITS** <br><br> **Dept: Hon. William Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by counsel for Jonathan Cruz-Ramirez, IT IS ORDERED that the declaration of counsel in support of the above captioned motion and appended supporting exhibits be sealed until further order of this Court. The declaration and all exhibits shall be served on counsel for the Government.

//

1      SO ORDERED

2

3  Dated: December 13, 2010.

4                              _____
5                              The Honorable William Alsup
                               District Judge