IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING GOVERNMENT'S MOTION TO QUASH FRCrP 17(C) SUBPOENA ISSUED TO UNITED STATES MARSHALS SERVICE** |
| JONATHAN CRUZ-RAMIREZ, *et al*. | |
| Defendants. | |

For the reasons stated at the December 21 hearing, the government's motion to quash defendant Jonathan Cruz-Ramirez's FRCrP 17(c) subpoena is **DENIED** (Dkt. No. 2735). The United States Marshals Service must comply with the subpoena by **JANUARY 5 AT NOON**.

The subpoena will be deemed modified as stated by defense counsel. The undersigned appreciates Assistant United States Attorney Leung's willingness to work with the existing subpoena as modified.

**IT IS SO ORDERED.**

Dated: December 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE