IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN CRUZ-RAMIREZ, *et al*.<br><br>  Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR ANY AS-APPLIED CHALLENGES BY DEFENDANT JONATHAN CRUZ-RAMIREZ TO AFTE THEORY** |

Counsel for defendant Jonathan Cruz-Ramirez has notified the undersigned that his defense expert has not yet been able to review the government's firearms evidence (Dkt. No. 2906). Counsel, however, expects that the firearms evidence will be transmitted to his expert on January 11. As such, if defendant Cruz-Ramirez wishes to submit any as-applied challenges to the government experts' application of the AFTE theory, such challenges shall be submitted pursuant to the schedule for pretrial motions (*see* Dkt. No. 2513 at 6).

**IT IS SO ORDERED.**

Dated: January 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE