1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JONATHAN CRUZ-RAMIREZ, *et al.*

       Defendants.

_____/

No. CR 08-0730 WHA

**ORDER RE STATUS MEMORANDUM
FILED BY COUNSEL FOR DEFENDANT
JONATHAN CRUZ-RAMIREZ**

Attorney John Philipsborn must stay in this case which will go to trial on March 7.  To *further* assist Attorney Philipsborn, however, the limit on Attorney Susan Raffanti's hours will be removed effective immediately.

There will be no need for Judge David Ezra's death-authorized case to go "on ice" while the above-captioned matter is tried because one of the key reasons for Attorney Raffanti to remain in the case was to allow for Attorney Philipsborn to continue his role in the Hawaii case.  The undersigned judge, however, will raise with Judge Ezra the points raised by Attorney Philispborn in his recently-filed status memorandum (Dkt. No. 2999).

If it was ever represented by the public defender's office that Attorney Philisborn would be cut some "slack," the parties should rest assured that the undersigned has done so.  Two continuances have been granted since Attorney Philipsborn joined the case, and the undersigned has authorized the continuation of co-counsel Attorney Raffanti.  Moreover, while the undersigned is sympathetic to Attorney Philipsborn's family situation and the passing of his

father, it is impossible to continue the trial date on this account. Too many other schedules have been locked in to the March 7 date.

One item omitted from the status memorandum is that the Hawaii case is set for trial in September and the instant case is likely to be concluded before then. To postpone the trial in the instant case would exacerbate any scheduling issues rather than simplify them.

This order is without prejudice to the currently pending motion to continue filed by defendant Moris Flores (Dkt. No. 2884). The supposed issue about the government only providing discovery to Attorney Raffanti rather than to both Attorney Philipsborn and Attorney Raffanti will be addressed in a separate order.

**IT IS SO ORDERED.**

Dated:  January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE