IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE FUTURE GOVERNMENT PRODUCTIONS TO THE CRUZ-RAMIREZ DEFENSE TEAM** |
| JONATHAN CRUZ-RAMIREZ, *et al*. | |
| Defendants. | |

The government has undoubtedly received defendant Jonathan Cruz-Ramirez's status memorandum wherein defense counsel Attorney John Philipsborn asserts he was not served with pretrial discovery in a timely fashion (Dkt. No. 2999). Notwithstanding the government's satisfaction of its obligation by serving co-counsel Attorney Susan Raffanti with the discovery (and although co-counsel should have coordinated better), the undersigned requests that all discovery, filings, and correspondence be served on both Attorney Philipsborn and Attorney Raffanti.[1] At the same time, Attorney Philipsborn and Attorney Raffanti are requested to coordinate better in the future.

**IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[1] This order shall not be construed as any suggestion that government counsel has misbehaved or that defendant Cruz-Ramirez has been prejudiced in any way.