UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 08-0730 WHA |
| Plaintiff, | ~~[PROPOSED]~~ SEALING ORDER |
| v. | |
| JONATHAN CRUZ RAMIREZ et al., | |
| Defendants. | |

Based upon Defendant Jonathan Cruz Ramirez's Application for Sealing Order, and good cause appearing, it is hereby ordered that the Supplemental Declaration of Susan Raffanti in Support of Defendant Jonathan Cruz Ramirez's Initial Motion to Sever from Co-defendants. shall be filed and maintained under seal.

SO ORDERED.

Date: January 18, 2011.

WILLIAM ALSUP
U. S. District Court Judge

1