1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JONATHAN CRUZ-RAMIREZ, *et al*.

        Defendants.

_____/

No. CR 08-0730 WHA

**ORDER RE MEET AND CONFER RE DEFENDANT CRUZ-RAMIREZ'S MOTION FOR SUPPLEMENTAL ORDER OUTLINING PROCEDURE FOR MENTAL CONDITION EXAMINATION PURSUANT TO FRCrP 12.2(c)(1)(B)**

      The government and defense counsel for Jonathan Cruz-Ramirez are to meet and confer regarding defendant Cruz-Ramirez's motion for a supplemental order regarding his mental examination pursuant to FRCrP 12.2(c)(1)(B) (Dkt. No. 3096). During this conference, the parties shall endeavor to reach agreement where possible regarding the contours of defendant Cruz-Ramirez's examination, the permissible use of the results of the examination, and the notice required to be provided to defense counsel prior to the examination. By **JANUARY 27 AT NOON**, the parties shall file a joint stipulation (if any) for any agreed-upon matters. By the same date and time, the government shall file its response to the motion with respect to any unresolved issues. The government's response shall also specify whether it is willing to enter into the same stipulation with defendants who have moved to join in defendant Cruz-Ramirez's motion.

      In the meantime, the government shall continue to make arrangements for the mental examination of defendant Cruz-Ramirez so the examination will be completed prior to trial. If this process progresses faster than anticipated and an examination becomes possible before a

ruling has issued on the issues raised by defendant Cruz-Ramirez, the government shall

immediately notify the undersigned and temporarily refrain from commencing the examination.

**IT IS SO ORDERED.**

Dated:  January 24, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE