IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT JONATHAN CRUZ RAMIREZ'S REQUEST FOR *EX PARTE IN CAMERA* HEARING ON COUNSEL ISSUES** |
| JONATHAN CRUZ-RAMIREZ, *et al*. | |
| Defendants. | |

Defendant Jonathan Cruz-Ramirez requests an *ex parte in camera* hearing on "counsel issues." This request is **GRANTED**. An *ex parte in camera* hearing will be held on **FRIDAY, FEBRUARY 11 AT 8 A.M.** A hearing cannot be held during the week of the pretrial conference due to scheduling and logistical issues.

By **WEDNESDAY, FEBRUARY 9 AT 5 P.M.**, defense counsel must submit an *ex parte*, under seal declaration notifying the undersigned of the nature of the "counsel issues" that will be addressed at the hearing.

**IT IS SO ORDERED.**

Dated: February 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE