IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN CRUZ, et al.,<br><br>Defendants. | **Case No. CR-08-00730 WHA**<br><br>**ORDER PERMITTING THE CRUZ-RAMIREZ DEFENSE TO FILE ITS JOINDER TO MR. HERRERA'S REPLY RE MOTION FOR DISCOVERY RE COOPERATION OF A SPECIFIED PERSON UNDER SEAL**<br><br>**Dept: Hon. William Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by counsel for Mr. Cruz-Ramirez, and in view of the Court's Notice to the Cruz-Ramirez counsel concerning their previously improperly filed Joinder in the Herrera Motion (Doc. 3263), IT IS ORDERED that Mr. Cruz-Ramirez' Joinder in Mr. Herrera's Reply re Motion for Discovery re Cooperation of a Specified Person shall be permitted to be filed under seal in this Court's records.

SO ORDERED

Dated: February 7, 2011.

_____
The Honorable William Alsup
Judge of the U.S. District Court