IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CRUZ RAMIREZ, *et al.*<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR ADDITIONAL PRETRIAL MOTIONS FILED BY DEFENDANT JONATHAN CRUZ-RAMIREZ** |

On February 4, defendant Jonathan Cruz-Ramirez filed three additional pretrial motions and noticed the motions for hearing at the February 14 pretrial conference (Dkt. Nos. 3327, 3328, 3329). Although the motions were filed after the deadline for pretrial motions, the motions are purportedly based on events that occurred after the cut-off for pretrial motions. Accordingly, the motions will be heard at the February 14 pretrial conference. Any responses by the government must be submitted by **THURSDAY, FEBRUARY 10 AT NOON**. Any replies must be filed by **FRIDAY, FEBRUARY 11 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE