IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>JONATHAN CRUZ, et al.,<br><br>　　Defendants. | **Case No. CR-08-00730 WHA**<br><br>**ORDER SEALING DECLARATION OF JONATHAN CRUZ-RAMIREZ SUBMITTED FOR FEBRUARY 11, 2011 HEARING**<br><br>**Dept: Hon. William Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by counsel for Jonathan Cruz-Ramirez, IT IS ORDERED that the Declaration of Jonathan Cruz-Ramirez submitted to outline attorney-client issues to be discussed on February 11, 2011 shall be filed and maintained under seal until further order of this Court.

SO ORDERED

Dated: February 10, 2011.

_____
The Honorable William Alsup
Judge of the United States District Court