MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758
   Facsimile: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> GUILLERMO HERRERA, et al., ) <br> ) <br>     Defendants. ) <br> ) | No. S3-08-CR-0730-WHA <br><br> STIPULATED PROTECTIVE ORDER RE: MENTAL EXAMINATIONS OF DEFENDANTS |

     1.     Defendants Guillermo Herrera, Jonathan Cruz-Ramirez, Daniel Portillo and Erick Lopez have filed notices pursuant to Rule 12.2(b) of their intent to introduce mental condition expert testimony bearing on issues of guilt, punishment, and/or demeanor at trial. The Government moved for a court-ordered mental evaluation of the defendants. The Court granted that request.

**Stipulated Protective Order re Mental Examinations of Defendants**
*United States v. Cerna, et al.*, CR 08-0730 WHA

2. Defendants asserted that they are entitled to notice of the tests to be conducted by the Government's mental condition expert. The Government argued that prior notice of any tests could impair the effectiveness of the testing and aid defendants in malingering. By order dated February 7, 2011, the Court issued an order stating that the Government must provide notice of the tests to be conducted by its mental condition expert; however defense counsel may not share this information with the respective defendants prior to the test.

3. Accordingly, pursuant to this Stipulated Protective Order, no later than four days before each scheduled examination, the Government will provide notice to defense counsel of any tests to be conducted by its mental condition expert. Such information will be deemed protected information ("Protected Mental Health Information"). Dissemination and possession of the Protected Mental Health Information shall be limited to the following persons ("Authorized Persons"):

- a) counsel for defendants Guillermo Herrera, Jonathan Cruz-Ramirez, Daniel Portillo and Erick Lopez (the "Defendants");
- b) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by counsel for the Defendants;
- c) independent expert witnesses, investigators, translators, or advisors retained by the Defendants in connection with this action; and
- d) such other persons as hereafter may be authorized by the Court upon motion by the Defendants.

Counsel for each defendant shall provide a copy of this order to the Authorized Persons designated to obtain Protected Mental Health Information pursuant to paragraphs 3(b)-(d). All Authorized Persons shall be subject to the terms of this Order. All Authorized Persons shall be responsible for ensuring that the Protected Mental Health Information not be disseminated to and/or possessed by anyone not authorized by this protective order to receive or possess the Protected Mental Health Information. Authorized Persons shall not provide any information about the tests described within the Protected Mental Health Information to the Defendants, or any other defendant in this case.

4. The Government's mental condition expert will not administer any test that was not previously disclosed to Defendants.

5. Possession and use of the Protected Mental Health Information by the Authorized Persons are only for the purpose of preparing for and trying the criminal case of the Defendants, and for no other purpose.

IT IS SO STIPULATED.

DATED: February 15, 2011     MELINDA HAAG
United States Attorney

By:    /s/
WIL FRENTZEN
Assistant United States Attorney

DATED: February 15, 2011

By:    /s/
Martin Sabelli
Counsel for GUILLERMO HERRERA

DATED: February 15, 2011

By:    /s/
Peter Goodman
Counsel for ERICK LOPEZ

DATED: February 15, 2011

By:    /s/
Jeffry Glenn
Counsel for DANIEL PORTILLO

DATED: February 15, 2011

By:    /s/
John Philipsborn
Counsel for JONATHAN CRUZ-RAMIREZ

**IT IS SO ORDERED.**

DATED: February 16, 2011.     _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**Stipulated Protective Order re Mental Examinations of Defendants**
*United States v. Cerna, et al.*, CR 08-0730 WHA    -3-