IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN CRUZ-RAMIREZ, *et al*.

    Defendants.
    /

No. CR 08-0730 WHA

**ORDER RE BRIEFING SCHEDULE FOR DEFENDANT CRUZ-RAMIREZ'S MOTION FOR TIMELY DISCLOSURE OF *BRADY* MATERIAL**

Any response by the government to defendant Jonathan Cruz-Ramirez's motion for order requiring timely disclosure of *Brady* material is to be filed by **FRIDAY, FEBRUARY 25 AT NOON** (Dkt. No. 3423). As the motion seeks specific items, the government shall please make sure to address each of the requested items (Dkt. No. 3423 at 3). Any reply must be filed by **TUESDAY, MARCH 1 AT NOON**. The parties will be notified if a hearing on the motion is deemed necessary.

**IT IS SO ORDERED.**

Dated: February 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE