MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
WIL FRENTZEN (LABN 24421)
CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorneys

THERYN G. GIBBONS (NYBN 4612867)
Trial Attorney, United States Department of Justice, Gang Unit

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GUILLERMO HERRERA, et al., <br><br> Defendants. | No. S3-08-CR-0730-WHA <br><br> STIPULATED PROTECTIVE ORDER RE: MENTAL RECORDS OF DEFENDANTS |

    1.    Defendants Guillermo Herrera and Jonathan Cruz-Ramirez have filed notices pursuant to Rule 12.2(b) of their intent to introduce mental condition expert testimony bearing on issues of guilt, punishment, and/or demeanor at trial. The Government moved for a court-ordered mental evaluation of the defendants. The Court granted that request.

    2.    The Government's mental condition expert intends to review the medical records

of the defendants held by the facilities at which they are being housed or at which they previously were housed during the pendency of the above-referenced matter (the "Medical Records"). Defendants, by and through undersigned counsel, hereby give consent for the release of the Medical Records.

3. Possession and use of the Medical Records is only for the purpose of preparing for the mental health examination of and subsequent report regarding the Defendants, and for no other purpose.

IT IS SO STIPULATED.

DATED: February 18, 2011

MELINDA HAAG
United States Attorney

By: /s/
WILLIAM FRENTZEN
Assistant United States Attorney

DATED: February __, 2011

By: /s/
Martin Sabelli
Counsel for GUILLERMO HERRERA

DATED: February __, 2011

By: /s/
John Philipsborn
Counsel for JONATHAN CRUZ-RAMIREZ

**IT IS SO ORDERED.**

DATED: February 18, 2011

By: _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE