IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>JONATHAN CRUZ-RAMIREZ, et al.,<br><br>　　Defendants.<br>_____ | **Case No. CR-08-00730 WHA**<br><br>**ORDER TO SEAL MOTION (A) FOR INQUIRY INTO APPLICABILITY OF FIFTH AMENDMENT PRIVILEGE CLAIM TO WITNESS 1211; (B) MOTION FOR JUDICIAL IMMUNITY OF 1211 IF THERE IS A DETERMINATION OF A GROUND FOR HIM TO CLAIM THE FIFTH AMENDMENT PRIVILEGE; (C) FOR A DETERMINATION OF WHAT EVIDENCE WILL BE ADMISSIBLE IF 1211 IS DEEMED UNAVAILABLE; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; AND SUPPORTING DECLARATION OF COUNSEL**<br><br>**Dept: Hon. William Alsup, District Judge** |

GOOD CAUSE APPEARING, on application of counsel for Jonathan Cruz-Ramirez, IT IS ORDERED that the Cruz-Ramirez Motion (A) for Inquiry into Applicability of Fifth Amendment Privilege Claim to Witness 1211; (B) Motion for Judicial Immunity of 1211 If There Is a Determination of a Ground for Him to Claim the

1 Fifth Amendment Privilege; (C) for a Determination of What Evidence Will Be
2 Admissible If 1211 Is Deemed Unavailable, with supporting Memorandum of Points and
3 Authorities, supporting declaration and related exhibits, shall be sealed until further Order
4 of this Court. The just-named pleadings shall be served on counsel for all parties in this
5 action.

Dated: __March 7____, 2011

_____
THE HONORABLE WILLIAM ALSUP
DISTRICT JUDGE

Order to Seal Mot (A) for Inquiry into Applicability of 5th Amend Priv Claim to Witness 1211; (B) Mot for Judicial Immunity of 1211 If a Determination of a Ground to Claim 5th Amend Priv; (C) for Determ. of What Evidence Will Be Admiss If 1211 Is Unavailable, Supp MPA, and Supporting Declaration of Counsel       2