IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CRUZ-RAMIREZ, *et al.*,<br><br>Defendants.<br>/ | No. CR 08-0730 WHA<br><br>**STATEMENT RE BRIEFING SCHEDULE FOR SEALED MOTION RE 1211** |

To clarify, any response by the government to defendant Jonathan Cruz-Ramirez's sealed motion regarding 1211 — noticed for hearing on March 23 — shall be submitted in accordance with the normal briefing schedule provided for by Criminal Local Rule 47-2(d). Any reply shall also be submitted within the time provided for by the local rule.

Dated: March 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE