1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   WIL FRENTZEN (LABN 24421)
5  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorneys
6
   THERYN G. GIBBONS (NYBN 4612867)
7  Trial Attorney, United States Department of Justice, Gang Unit

8      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
9      Telephone: (415) 436-6758
       Facsimile: (415) 436-6753
10     E-Mail: wilson.leung@usdoj.gov

11 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. S3-08-CR-0730-WHA |
|---|---|
| v. | ) |
| | ) APPLICATION AND [PROPOSED] |
| | ) SEALING ORDER |
| IVAN CERNA, et al., | ) |
| Defendants. | ) |
| | ) UNDER SEAL |

The Government respectfully submits this application and proposed sealing order to request that the Government's March 18, 2011 opposition to Jonathan Cruz-Ramirez's motions relating to 1211 be filed under seal because that motion and the Government's opposition discusses sensitive protected information and materials.

1  DATED: March 18, 2011

2                  Respectfully submitted

3                  MELINDA HAAG
                United States Attorney

4

5            By: _____
                W.S. Wilson Leung
6                  Assistant United States Attorney

7

8    FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the above-

9  referenced Opposition, ~~and this application and order~~ be sealed until further order of this Court.

10    SO ORDERED.

11

12  DATED: March  22 , 2011

13

14                 _____
               HON. WILLIAM ALSUP
15                 United States District Judge