1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   WIL FRENTZEN (LABN 24421)
5  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorneys
6
   THERYN G. GIBBONS (NYBN 4612867)
7  Trial Attorney, United States Department of Justice, Gang Unit

8     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
9     Telephone: (415) 436-6758
      Facsimile: (415) 436-6753
10    E-Mail: wilson.leung@usdoj.gov

11 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. S3-08-CR-0730-WHA |
| | ) | |
| v. | ) | |
| | ) | APPLICATION AND [PROPOSED] |
| | ) | SEALING ORDER |
| IVAN CERNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | UNDER SEAL |
| | ) | |

The Government respectfully submits this application and proposed sealing order to request that the Government's March 18, 2011 opposition to Jonathan Cruz-Ramirez's motions relating to 1211 be filed under seal because that motion and the Government's opposition discusses sensitive protected information and materials.

1 | DATED: March 18, 2011

2 | Respectfully submitted

3 | MELINDA HAAG
United States Attorney

5 | By: _____
W.S. Wilson Leung
6 | Assistant United States Attorney

8 | FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the above-
9 | referenced Opposition, ~~and this application and order~~ be sealed until further order of this Court.
10 | SO ORDERED.

12 | DATED: March  22 , 2011

_____
HON. WILLIAM ALSUP
15 | United States District Judge