United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JONATHAN CRUZ-RAMIREZ, *et al.*

    Defendants.

No. CR 08-0730 WHA

**ORDER RE ISSUES TO BE ADDRESSED BY COUNSEL AT MARCH 23 HEARING**

With respect to defendant Jonathan Cruz-Ramirez's motion regarding 1211, the government should be prepared to state at tomorrow's hearing whether it can produce 1211 to give testimony in court on March 29 or March 30.

With respect to the same motion, counsel for defendant Cruz-Ramirez should be prepared to explain why alternative witnesses cannot prove up most or all of the points that the motion asserts 1211's testimony is needed for.

Finally, the parties should be prepared to provide any authority regarding whether an informant's statements made to federal agents during a debriefing can constitute a waiver of the Fifth Amendment privilege against self-incrimination.

**IT IS SO ORDERED**.

Dated: March 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE