IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN CRUZ, et al.,<br><br>    Defendants. | **Case No. CR 08-730 WHA**<br><br>**ORDER TO SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF CRUZ-RAMIREZ MOTION FOR (A) INQUIRY INTO APPLICABILITY OF FIFTH AMENDMENT PRIVILEGE CLAIM TO WITNESS 1211; (B) MOTION FOR JUDICIAL IMMUNITY OF 1211 IF THERE IS A DETERMINATION OF A GROUND FOR HIM TO CLAIM THE FIFTH AMENDMENT PRIVILEGE; (C) FOR A DETERMINATION OF WHAT EVIDENCE WILL BE ADMISSIBLE IF 1211 IS DEEMED UNAVAILABLE**<br><br>**Dept: The Honorable William H. Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by counsel for Jonathan Cruz-Ramirez, IT IS ORDERED that Jonathan Cruz-Ramirez's Supplemental Memorandum in Support of Cruz-Ramirez Motion for (A) Inquiry into Applicability of Fifth Amendment Privilege Claim to Witness 1211; (B) Motion for Judicial Immunity of 1211 If There Is a Determination of a Ground for Him to Claim the Fifth Amendment Privilege; (C) for a Determination of What Evidence Will Be Admissible If 1211 Is Deemed Unavailable be

sealed until further Order of this Court.

Dated: __March 25__, 2011

_____
THE HONORABLE WILLIAM ALSUP
DISTRICT JUDGE