For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al.*,<br><br>Defendants.<br>                                                                          / | No. CR 08-0730 WHA<br><br>**ORDER RE RESPONSES TO GOVERNMENT'S MOTION TO PRECLUDE MENTAL HEALTH EXPERT TESTIMONY** |

Any response by defendant Erick Lopez or defendant Jonathan Cruz-Ramirez to the government's motion to preclude testimony on the issue of mental defect or impairment must be filed by **MONDAY, MARCH 29 AT 5 P.M.** (Dkt. No. 3793). The motion will be heard at the hearing already scheduled for March 30.

**IT IS SO ORDERED.**

Dated: March 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE