IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER CLARIFYING DEADLINE FOR RESPONSES TO GOVERNMENT'S MOTION TO PRECLUDE MENTAL HEALTH EXPERT TESTIMONY** |
| ERICK LOPEZ, *et al.*, | |
| Defendants. | |

To clarify, the deadline for any response by defendant Erick Lopez or defendant Jonathan Cruz-Ramirez to the government's motion to preclude testimony on the issue of mental defect or impairment is today, **MONDAY, MARCH 28** (Dkt. No. 3793). In case there was any confusion regarding the deadline, counsel may have until **8 P.M.** to file any response. The motion will be heard at the hearing already scheduled for March 29.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE