IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IVAN CERNA, *et al*.<br><br>　　　　Defendants. | No. CR 08-0730 WHA<br><br>**ORDER RE ADDITIONAL SUBMISSIONS RE MOTION TO EXCLUDE EXPERT TESTIMONY RE MENTAL HEALTH** |

As stated at the March 29 hearing, the current record is inadequate for the undersigned to determine whether exclusion of expert testimony regarding the mental health of defendants Jonathan Cruz-Ramirez and Erick Lopez is warranted. The government will be given until **THURSDAY, APRIL 7 AT NOON** to submit declarations from its examining experts detailing: (1) the specific questions that defendants refused to answer; and (2) why any such refusal to answer frustrated the expert's ability to offer his or her opinion in full or in part.

Any reply be defendants Cruz-Ramirez or Lopez must be submitted by **TUESDAY, APRIL 12 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 30, 2011.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE