IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN CRUZ-RAMIREZ, *et al*.,<br><br>　　　　Defendants.　　　　　　／ | No. CR 08-0730 WHA<br><br>**ORDER RE** *IN CAMERA HENTHORN* **REVIEW OF RECORDS PRODUCED BY ALAMEDA COUNTY SHERIFF** |

　　　The *in camera Henthorn* review of personnel records subpoenaed by defendant Jonathan Cruz-Ramirez from the Alameda County Sheriff's Office relating to Officers Stoneberger, Pinedo, Hartman, Feroz, Vigo, Blanchard, and Estep is now complete. The production did not contain any *Henthorn* material needing to be turned over to defendant Cruz-Ramirez.

　　　As the application for the subpoena was filed on the public docket, this order shall likewise be filed on the public docket.

**IT IS SO ORDERED.**

Dated: April 13, 2011.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE