IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN CRUZ, et al.,<br><br>    Defendants. | **Case No. CR 08-730 WHA**<br><br>**ORDER SEALING DEFENSE TRANSCRIPTS OF COURT-ORDERED MENTAL CONDITION EXAMINATION OF JONATHAN CRUZ-RAMIREZ**<br><br>**Dept: The Honorable William H. Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by defense counsel, IT IS ORDERED that the defense translations of the transcripts of Mr. Cruz-Ramirez's court-ordered examination by experts employed by the Government for the purpose of assessing his mental condition which are being filed by the defense to make a record of the content of the examinations shall be filed under seal until further Order of this Court.

Dated: April 14, 2011

_____
THE HONORABLE WILLIAM H. ALSUP
DISTRICT JUDGE