IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN CRUZ-RAMIREZ, *et al*.,

Defendants.

No. CR 08-0730 WHA

**ORDER EXTENDING DEADLINES RE DEFENDANT CRUZ-RAMIREZ'S MENTAL HEALTH EXPERTS**

Defendant Jonathan Cruz-Ramirez moves for an extension of time to file a declaration from his proposed mental health experts (Dkt. No. 4126). For good cause shown, the request is **GRANTED**.

The deadlines for submissions regarding defendant Cruz-Ramirez's mental health experts — previously set out in the April 27 order — will be modified as follows. Defendant Cruz-Ramirez will have until **5 P.M. ON TUESDAY, MAY 10** to submit his supplemental mental health expert declarations. The government's further declaration from Dr. Suarez and any briefing regarding the extent to which defendant Cruz-Ramirez's proposed mental health expert opinions are relevant as guilt phase evidence will be due by **5 P.M. ON TUESDAY, MAY 17**. Defendant Cruz-Ramirez will then have until **5 P.M. ON MONDAY, MAY 23** to file a response to Dr. Suarez's declaration and any brief from the government regarding the relevance of his proposed mental health expert opinions.

The deadlines with respect to defendant Erick Lopez and the government's submissions regarding defendant Lopez will not be changed.

**IT IS SO ORDERED.**

Dated: May 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE