IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN CRUZ, et al.,<br><br>Defendants. | Case No. CR 08-730 WHA<br><br>**ORDER SEALING THE AFFIDAVIT OF DR. ANTOLIN LLORENTE PROVIDED BY THE CRUZ-RAMIREZ DEFENSE PURSUANT TO THE COURT'S ORDER**<br><br>**Dept: The Honorable William H. Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by counsel for Jonathan Cruz-Ramirez, IT IS ORDERED that any declaration or affidavit prepared by defense expert Dr. Antolin Llorente prepared as a result of an Order from this Court shall be filed under seal until such time as the Court determines whether Dr. Llorente shall be permitted to testify, and whether any party other than the Government has the right of access to Dr. Llorente's affidavit and reports.

Dated: May 6, 2011.

_____
THE HONORABLE WILLIAM H. ALSUP
U.S. DISTRICT JUDGE

1