IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JONATHAN CRUZ-RAMIREZ, *et al*.

    Defendants.
                                    /

No. CR 08-0730 WHA

**ORDER REMANDING MARLON LUMANG TO CUSTODY OF USMS**

Marlon Lumang, now in the custody of the Department of Homeland Security, Immigration Customs and Enforcement, in the South Texas Detention Center in Pearsall, Texas is the subject of a writ of habeas corpus *ad testificandum* issued on April 6. Mr. Lumang is scheduled to be deported but in order to ensure his presence as needed at the trial in the above-captioned matter, Mr. Lumang is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: May 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE