IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN CRUZ, et al.,<br><br>    Defendants. | Case No. CR 08-730 WHA<br><br>**ORDER SEALING LETTER FROM GINGER HOLMAN, L.C.S.W. SUBMITTED BY CRUZ-RAMIREZ DEFENSE**<br><br>**Dept: The Honorable William H. Alsup, District Judge** |

GOOD CAUSE APPEARING, on application by counsel for Mr. Cruz-Ramirez, IT IS ORDERED that the May 11, 2011 five-page letter from Ginger Holman submitted by Mr. Cruz-Ramirez shall be sealed until further Order of this Court.

Dated: May 18, 2011.

_____
THE HONORABLE WILLIAM H. ALSUP
DISTRICT JUDGE