IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR MENTAL HEALTH EXPERT EVALUATIONS OR REPORTS BY DR. LLORENTE AND LCSW HOLMAN** |
| JONATHAN CRUZ-RAMIREZ, *et al.* | |
| Defendants. | |

On **MONDAY, JUNE 13 AT 7:30 A.M.**, Attorney Philipsborn shall please provide the Court with a copy of any reports or evaluations — that have been previously provided to the government — describing the proposed expert opinions of Dr. Antolin Llorente and LCSW Ginger Holman. The Court already has Dr. Llorente's May 3 affidavit and Ms. Holman's May 11 letter, so additional copies of those documents need not be provided.

Dated: June 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE