1  SUSAN M. RAFFANTI, ESQ. - SBN 120993
   Law Offices
2  483 9th Street, Suite 200
   Oakland, CA 94607
3  (510) 451-2825
   sraffanti@gmail.com
4
   JOHN T. PHILIPSBORN, ESQ. - SBN 83944
5  Law Offices of John T. Philipsborn
   507 Polk Street, Suite 350
6  San Francisco, California 94102
   (415) 771-3801
7  jphilipsbo@aol.com

8  Attorneys for Defendant JONATHAN CRUZ-RAMIREZ

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   Case No. CR 08-730 WHA
                                    )
14       Plaintiff,                 )   **NOTICE RE SCHEDULING OF**
                                    )   **FEDERAL LAW ENFORCEMENT**
15 vs.                              )   **WITNESSES**
                                    )
16 JONATHAN CRUZ, et al.,           )   **Dept: The Honorable William H.**
                                    )   **          Alsup, District Judge**
17       Defendants.                )
   _____  )
18

19

20 TO: THIS HONORABLE COURT; TO COUNSEL FOR ALL PARTIES:

21       This notice was filed to respectfully advise the Court that having followed the

22 procedure that was outlined for undersigned counsel's office by lawyers representing the

23 Federal Bureau of Investigation, and the ICE agency, including the requirement of so-

24 called *Touhey* letters, and the transmission of a series of subpoenas naming all agency

25 agents to be called by the defense, it has become clear that the several agents subpoenaed

26 have, between them, various scheduling problems, travel issues, and other matters that

27 have been made known to the Office of the U.S. Attorney, but not directly to defense

28 counsel.

Notice re Scheduling of Federal Law Enforcement Witnesses

1

1    Unlike other cases that the undersigned has been involved in (with the exception of
2 so-called terrorism cases), in this case, agents have not made contact directly with defense
3 counsel, and thus the undersigned and his colleagues are beholden to the Office of the U.S.
4 Attorney for the scheduling of Federal law enforcement agents.
5    The undersigned underscores that Mr. Leung has been responsive and
6 communicative about these matters. It is clear to the undersigned that Mr. Leung is being
7 informed of scheduling problems in a "rolling" way, and that he then tenders the
8 information to defense counsel. That said, however, notwithstanding the fact that the
9 defense listed the group of agents that it was calling more than a week before the defense
10 case, and provided the roster to the Government (and to the respective agencies) in a
11 timely way, the defense is still working through the Office of the U.S. Attorney to try to
12 schedule the appearance of Federal law enforcement agents as their various personal
13 situations are clarified. Some of the information concerning agent unavailability or
14 scheduling difficulties was not made known to the defense until the afternoon of Friday,
15 July 1, 2011.
16    The undersigned emphasizes that in addition to preparing and presenting the final
17 witnesses in the Government's case, Mr. Leung has regularly communicated with the
18 defense and with the undersigned in an effort to address the issues. Moreover,
19 undersigned counsel has communicated with representatives of the U.S. Marshal's Service
20 in an effort to make sure that cooperators and informants whose names were given to the
21 Government some time ago as prospective defense witnesses are brought in according to
22 the arrangements agreeable to the U.S. Marshal's Service.
23    The defense tenders this notice mainly to advise the Court that it is clear that the
24 group of common witnesses that the defense planned on calling as a block during the first
25 days of the defense case will not all be available when envisioned. The defense is doing
26 what it can to fill in the roster of the first week of witnesses. The defense is also paring
27 down its list of witnesses. It is likely that early next week (the week of July 5) the defense
28 will revise its time estimate for the defense presentation to something under the four-week

Notice re Scheduling of Federal Law Enforcement Witnesses

2

1 estimate given to the Court recently.

2 Dated: July 1, 2011

Respectfully submitted,

SUSAN M. RAFFANTI
JOHN T. PHILIPSBORN

by  /s/ John T. Philipsborn
Attorneys for Defendant
Jonathan Cruz-Ramirez

Notice re Scheduling of Federal Law Enforcement Witnesses

**PROOF OF SERVICE**

I, Steven Gray, declare:

That I am over the age of 18, employed in the County of San Francisco, California, and not a party to the within action; my business address is 507 Polk Street, Suite 250, San Francisco, California 94102.

On today's date, I served the within document entitled

**NOTICE RE SCHEDULING OF FEDERAL LAW ENFORCEMENT WITNESSES**

( )  By placing a true copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;
(X)  By electronically transmitting a true copy thereof;
( )  By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.
( )  By delivering a true copy thereof to "Federal Express" to be delivered to the person
( )  By serving a true copy by facsimile to the person at the address set forth below

Wilson Leung, Assistant U.S. Attorney
Will Frentzen, Assistant U.S. Attorney
Theryn Gibbons, Assistant U.S. Attorney

Mark Rosenbush, Esq.
markrosenbush@mindspring.com

Martin Antonio Sabelli, Esq.
msabelli@comcast.net

Randy Sue Pollock, Esq.
pollockesq@aol.com

Lupe Martinez, Esq.
martinez-luna@sbcglobal.net

Peter Goodman, Esq.
petergoodman@earthlink.net

Jennifer Naegle, Esq.
jnaegle@yahoo.com

Ken Behzadi, Esq.
kenbehzadi@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this July 1, 2011 at San Francisco, CA.

/s/ Steven Gray
Steven Gray

Notice re Scheduling of Federal Law Enforcement Witnesses