IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | **ORDER RE GOVERNMENT RESPONSE TO DEFENDANT CRUZ-RAMIREZ'S MEMORANDUM IN SUPPORT OF APPLICATION OF IMPERFECT ENTRAPMENT AND GOVERNMENT MISCONDUCT AS SENTENCING FACTORS** |
| v. | |
| JONATHAN CRUZ-RAMIREZ, *et al.*, | |
| Defendants. | |

The government shall please respond to defendant Jonathan Cruz-Ramirez's memorandum in support of application of imperfect entrapment and government entrapment as sentencing factors by **NOON ON TUESDAY, NOVEMBER 15** (Dkt. No. 5317). Any reply by defendant Cruz-Ramirez must be submitted by **NOON ON TUESDAY, NOVEMBER 22.**

**IT IS SO ORDERED.**

Dated: November 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE